

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00165-CV

**IN RE VIA METROPOLITAN TRANSIT AUTHORITY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: April 24, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On March 7, 2013, Relator Via Metropolitan Transit Authority filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CI-01034, *Candelario McGraw v. Alfred S. Longoria and Via Metropolitan Transit Authority*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery presiding. However, the order complained of was signed by the Honorable John D. Gabriel, presiding judge of the 131st Judicial District Court, Bexar County, Texas.